FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ FEB -7 2007 ★

BROOKLYN OFFICE

**United States District Court**
**Eastern District of New York**

Date: 2/7/07

E.D.N.Y.'s Case Number: Civil/Criminal 97-cv-2169

Judge: Korman

Court of Appeals Case Number: 00/23604

Caption: Ranta vs. Bennett

# Return of file from the Court of Appeals

A. List the Document numbers returned to us:

6 - 51

B. List the Document numbers that were NOT returned to us:
[An * beside a document number means that that document was missing and was not sent to the Court of Appeals.]

By: 1 - 5
Deputy Clerk
(718) 260-

1. Attach a copy of the Index (the listing of the documents that were sent to the Court of Appeals) to this form, file stamp & docket this form (apprecret.) indicating what was returned to us & what was not.
2. Send a copy of this completed form to Fred Nunnery c/o Court of Appeals, making a notation in your docket entry that you did so.
3. If there is no closed flag, docket "closed".